PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 14-1493, 14-2677 and 14-3975

UNITED STATES OF AMERICA

v.

KIDADA SAVAGE, agent of DA, agent of LI'L SIS, agent of DIZMATIC, STEVEN
NORTHINGTON, also known as Smoke, also known as S1, also known as Syeed
Burhannon, also known as Michael Tillery, also known as Darnell Doss, agent of Dollar
Bill, ROBERT MERRITT, a/k/a CORRECTIONAL OFFICER BISHOP, a/k/a B.J.,
agent of DIRT

Kidada Savage,
Appellant in No. 14-1493
Steven Northington,
Appellant in No. 14-2677
Robert Merritt, Jr.,
Appellant in No. 14-3975

On Appeal from the United States District Court
For the Eastern District of Pennsylvania
(D.C. No. 2-07-cr -00550-006, 005, and 004)

ORDER AMENDING OPINION
_____

At the direction of the Court, the opinion filed October 24, 2023 is amended as
follows:

On page 40 of the slip op. change <June 4> to <June 20> and on page 42 of the
slip op. change <"better get on that"> to <better "get on that">.


For the Court,
s/ Patricia S. Dodszuweit
Clerk

Date:        September 23, 2024
SLC/cc:      Counsel of Record